■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WHITE, Also Known as GREGORY WHITERS, Also Known as GREGORY WHITES, Appellant. [805 NYS2d 870]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered August 26, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree and burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Hayes, JJ.